(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**EDGEWATER MEDICAL CENTER** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>36-3910261 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>5700 N. Ashland Ave.<br>Chicago, IL 60660 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ■ Chapter 11 | ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.<br>*** EUGENE CRANE 0537039 *** |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

Statistical/Administrative Information (Estimates only)
■ Debtor estimates that funds will be available for distribution to unsecured creditors
☐ Debtor estimates that, after any exempt property is excluded and administrative ex... will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1... |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 m... | |
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 m... | |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | |

U.S. Bankruptcy Court
Northern District of Illinois
FILED: 02/25/02
Time: 4:24 p.m.
Debtor: EDGEWATER MEDICAL CENTER
Case #: 02-07378
Chapter 11 Rec# 329564
Judge Bruce W. Black

1:02BK07378-BK001

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s) **EDGEWATER MEDICAL CENTER** | FORM B1, Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X_[signature]_____
Signature of Attorney for Debtor(s)
**EUGENE CRANE 0537039**
Printed Name of Attorney for Debtor(s)
**Dannen, Crane, Heyman & Simon**
Firm Name
**Suite 1540
135 South LaSalle Street
Chicago, IL 60603-4297**
Address
**312-641-6777**
Telephone Number
**2/25/02**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_[signature]_____
Signature of Authorized Individual
**Eugene Crane**
Printed Name of Authorized Individual
**Custodian**
Title of Authorized Individual
**2/25/02**
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X_____
Signature of Attorney for Debtor(s)    Date

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## United States Bankruptcy Court
### Northern District of Illinois

In re  **EDGEWATER MEDICAL CENTER**

Debtor

Case No. _____

Chapter _____ 11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Leopardo Co., Inc.<br>115 N. Brandon Dr.<br>Glendale Heights, IL 60139 | | | | 1,104,076.00 |
| James & Gable Insurance<br>3201 Danville Blvd., #270<br>Alamo, CA 94507 | | | | 495,757.00 |
| Commonwealth Edison<br>3500 N. California<br>Chicago, IL 60618 | | | | 372,216.16 |
| Midwestern University<br>555 31st Street<br>Downers Grove, IL 60515 | | | | 303,225.82 |
| City of Chicago, Dept. of Water<br>333 S. State Street<br>Suite LL10<br>Chicago, IL 60604 | | | | 215,438.86 |

In re   EDGEWATER MEDICAL CENTER   Case No. _____
_____
Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bergen Brunswig<br>21978 Network Place<br>Chicago, IL 60673 | | | | 152,174.39 |
| Fresenius USA, Inc.<br>P.O. Box 3963<br>Boston, MA 02241 | | | | 120,342.51 |
| Med Line Industries, Inc.<br>P.O. Box 92301<br>Chicago, IL 60675 | | | | 119,586.31 |
| Peoples Engergy & Gas<br>Chicago, IL 60687 | | | | 118,068.19 |
| Servicemaster<br>22506 Network Place<br>Chicago, IL 60676 | | | | 98,314.00 |
| Dade Behring<br>P.O. Box 93579<br>Chicago, IL 60673 | | | | 86,475.14 |

In re   EDGEWATER MEDICAL CENTER _____   Case No. _____
                                     Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Susan Davis<br>3206 Eastbend Drive<br>Algonquin, IL 60102 | | | | 81,683.75 |
| Harris Hospital Supply<br>P.O. Box 811490<br>Chicago, IL 60681 | | | | 73,465.80 |
| Blue Cross Blue Shield<br>P.O. Box 1364<br>Chicago, IL 60690 | | | | 63,157.17 |
| The Helix Group<br>625 N. Michigan Ave.<br>Chicago, IL 60611 | | | | 59,450.00 |
| Emcare, Inc.<br>533 N. North Ave., #102<br>Elmhurst, IL 60126 | | | | 57,634.42 |
| Blast Television<br>800 S. Wells, #1514<br>Chicago, IL 60607 | | | | 54,400.00 |

In re    **EDGEWATER MEDICAL CENTER**                              Case No. _____
                                    Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Performance Plumbing<br>13601 S. Kenton Ave.<br>Crestwood, IL 60445 | | | | 50,474.00 |
| Caligor<br>Chicago, IL 60678 | | | | 48,845.89 |
| Performance Mgmt. Service<br>13522 Newport Ave., #200<br>Tustin, CA 92780 | | | | 48,398.91 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Custodian of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  2/25/02                              Signature _____
                                           Eugene Crane
                                           Custodian

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Bergen Brunswig
21978 Network Place
Chicago, IL 60673

James & Gable Insurance
3201 Danville Blvd., #270
Alamo, CA 94507

Blast Television
800 S. Wells, #1514
Chicago, IL 60607

Leopardo Co., Inc.
115 N. Brandon Dr.
Glendale Heights, IL 60139

Blue Cross Blue Shield
P.O. Box 1364
Chicago, IL 60690

Med Line Industries, Inc.
P.O. Box 92301
Chicago, IL 60675

Caligor
Chicago, IL 60678

Midwestern University
555 31st Street
Downers Grove, IL 60515

City of Chicago, Dept. of Water
333 S. State Street
Suite LL10
Chicago, IL 60604

Peoples Engergy & Gas
Chicago, IL 60687

Commonwealth Edison
3500 N. California
Chicago, IL 60618

Performance Mgmt. Service
`13522 Newport Ave., #200
Tustin, CA 92780

Dade Behring
P.O. Box 93579
Chicago, IL 60673

Performance Plumbing
13601 S. Kenton Ave.
Crestwood, IL 60445

Emcare, Inc.
533 N. North Ave., #102
Elmhurst, IL 60126

Servicemaster
22506 Network Place
Chicago, IL 60676

Fresenius USA, Inc.
P.O. Box 3963
Boston, MA 02241

Susan Davis
3206 Eastbend Drive
Algonquin, IL 60102

Harris Hospital Supply
P.O. Box 811490
Chicago, IL 60681

The Helix Group
625 N. Michigan Ave.
Chicago, IL 60611