UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**E O D MAR 25 2002**

Honorable: BLACK

Hearing Date: March 21, 2002

Bankruptcy Case No. 02-07378

Adversary No.

Title of Case: Edgewater Medical Center

Brief Statement of Motion: Motion For Entry of Final Cash Collateral Order

Names and Addresses of moving counsel:

Representing:

## ORDER

The interim cash collateral order shall be continued through March 29, 2002. The interim cash collateral order is hereby modified to permit the expenditures under the column "Week Ending 29-Mar." The final hearing is continued to March 29, 2002 at 1:00 p.m.

Bruce W. Black
3-21-02

6/11/99

50

# Edgewater Medical Center
## Estimated Cash Usage Budget

### Weeks Ending March 29, 2002 Through June 28, 2002

| USES: | (Weeks ending on Friday) | Projected Week ending 29-Mar | Projected Week ending 05-Apr | Projected Week ending 12-Apr | Projected Week ending 19-Apr | Projected Week ending 26-Apr |
|---|---|---|---|---|---|---|
| Payroll: | | | | | | |
| Net Payroll | | | 21,500 b | | 21,500 b | |
| Payroll Taxes | | | | | | |
| Federal | | 9,500 a | | 9,500 a | | 9,500 a |
| State | | 1,000 a | | 1,000 a | | 1,000 a |
| Insurance: | | | | | | |
| Unicare - Health | | | 10,000 c | | | |
| Delta PPO Dental (Cobra) | | | 2,500 c | | | |
| Delta PPO Dental (Active) | | | 1,000 c | | | |
| Delta HMO Dental (Cobra & Active) | | | 1,500 c | | | |
| CNA Life Insurance | | | 600 c | | | |
| UNUM Long-Term Disability | | | 600 c | | | |
| TransAmerica - Administration of 401k plan | | | | | | |
| Security | | | | | | |
| Garda Security International | | 20,000 e | 20,000 e | 20,000 e | 20,000 e | 20,000 e |
| Utilities | | | | | | |
| Commonwealth Edison | | 11,700 f | 11,700 f | 11,700 f | 11,700 f | 11,700 f |
| People's Gas/Energy | | 11,500 g | 4,000 g | 4,000 g | 4,000 g | 4,000 g |
| Ameritech | | 500 h | 500 h | 500 h | 500 h | 500 h |
| City of Chicago - Water | | 2,000 i | 2,000 i | 2,000 i | 2,000 i | 2,000 i |
| Repairs & Maintenance | | | | | | |
| Scaffolding | | | 500 j | | | |
| Supplies (paper, toner, etc) | | | 5,000 k | | | |
| Outside Services | | 100 l | | 100 l | | 100 l |
| Information Technology (Servnet) | | 5,800 m | 5,800 m | 5,800 m | 5,800 m | 5,800 m |
| Legal - Gene Crane | | | | | | |
| Custodian | | 2,500 n | 2,500 n | 2,500 n | 2,500 n | 2,500 n |
| Legal | | 20,000 o | | | | 20,000 o |
| Other | | | | | | |
| Postage/Shipping | | 250 p | | | | 250 p |
| Storage | | 1,200 q | | | | 1,200 q |
| Bankruptcy Filing Fee | | 830 r | | | | |
| Other | | 100 s | 100 s | 100 s | 100 s | 100 s |
| Total Uses of Cash | | 86,980 | 89,800 | 67,200 | 68,100 | 78,650 |

03/21/2002 10:47 AM