Page 1 of 1

EOD APR 0 3 2002

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: BRUCE W. BLACK

Hearing Date: MARCH 28 2002

Bankruptcy Case No.: 02 B-07378

Adversary No.: ____

Title of Case: EDGEWATER MEDICAL CENTER

Brief Statement of Motion: MOTION FOR ENTRY OF FINAL CASH COLLATERAL ORDER

Names and Addresses of moving counsel:
EUGENE CRANE
135 S. LaSalle, Chgo

BRIAN KRAKAUER
First Nat'l Bank Place

Representing: Debtor | Dexia/Lender

## ORDER

THE INTERIM CASH COLLATERAL ORDER SHALL BE CONTINUED THROUGH APRIL 5, 2002 THE INTERIM CASH COLLATERAL ORDER IS HEREBY MODIFIED TO PERMIT THE EXPENDITURE UNDER THE COLUMN "WEEK ENDING 5-APR." THE FINAL HEARING IS CONTINUED TO April 3, 2002 at 11:00 A.M.

/s/ B.W. Black
3-28-02

6/11/99

67