## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable **Bruce W. Black**    Hearing Date ~~August~~ April 3, 2002

Bankruptcy Case No. **02-B-07378**    Adversary No. _____

Title of Case **Edgewater Medical Center**

Brief Statement of Motion **Motion for Entry of Final Cash Collateral Order.**

Names and Addresses of moving counsel

**Eugene Crane**              **Bryan Krakauer**

**135 S. LaSalle, Chicago IL**    **First National Bank Plaza**
                                **10 S. Dearborn, Chicago, IL**

Representing **Debtor**          **Dexia/Lender**

### ORDER

The interim cash collateral order shall be continued through April 10, 2002 at 5:00 PM. The interim cash collateral order is hereby modified to permit the expenditure under the column "week ending 12-April." The final hearing is continued to April 10, 2002 at 10:30 AM.

_Bruce W. Black_

69