IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 02-B-07378 |
| EDGEWATER MEDICAL CENTER, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | Hon. Bruce W. Black |
| ) | Hearing Date: April 3, 2002 |
| ) | 11:00 a.m. |

## ORDER SETTING FINAL HEARING ON MOTION OF EDGEWATER PROPERTY COMPANY FOR RELIEF FROM THE AUTOMATIC STAY

This matter coming on for preliminary hearing on the Motion of Edgewater Property Company ("EPC") for Relief from the Automatic Stay (the "Motion"); the parties having agreed to consider this hearing a preliminary hearing, to waive the requirement that the Court make a finding that there is a reasonable likelihood that a party opposing the Motion will prevail at the conclusion of the final hearing and that the hearing to be held on the date and time set forth in paragraph 4 below will be a final hearing within the meaning of §362(e) of the Bankruptcy Code; the Debtor and the Official Committee of Unsecured Creditors (the "Committee"), Dexia Credit Local ("Dexia") and LaSalle Bank National Association, as Master Trustee ("Master Trustee"), having requested additional time to respond to the Motion and having agreed that they are barred from requesting any additional time thereafter to respond to the Motion or to reset the date and time set forth in paragraph 4 below for the final hearing on the Motion; EPC having agreed that the automatic stay will remain in effect until the final hearing on the Motion; due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The hearing today is deemed to be a preliminary hearing within the meaning of §362(e) of the Bankruptcy Code and the requirement that the Court make a finding that there is a reasonable likelihood that a party opposing the Motion will prevail at the conclusion of the final hearing is waived by the parties.



2. The time for parties in interest to respond to the Motion is extended to April 10, 2002. Debtor, the Committee, Dexia and the Master Trustee are barred from requesting additional time past April 10, 2002 to respond to the Motion.

3. Replies to any responses shall be filed by April 17, 2002.

4. A final hearing on the Motion within the meaning of §362(e) of the Bankruptcy Code is set for April 23, 2002 at 11:00 a.m. and the automatic stay shall remain in effect through the conclusion of said final hearing. Debtor, the Committee, Dexia and the Master Trustee are barred from requesting that the hearing on the Motion be continued or reset from the date and time set forth in this paragraph 4.

DATED: 4/3/02

ENTER: _Bruce W. Black_
United States Bankruptcy Judge

CH02/22180906.1