UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable  Bruce W. Black          Hearing Date  4/10/02

Bankruptcy Case No.  02-07378      Adversary No.

Title of Case  Edgewater Medical Center

Brief Statement of Motion  Motion for Authority to Use Cash Collateral

Names and Addresses of moving counsel

Gene Crane
135 S. LaSalle St.
Chicago, IL

Bryan Krakauer
Sidley Austin Brown & Wood
Bank One Plaza
10 S. Dearborn St.
Chicago, IL

Representing

## ORDER

The termination date of the (Debtor's) right to use cash collateral pursuant to the Interim Stipulation and Order Authorizing and Restricting use of Cash Collateral is hereby extended until 5:00 p.m. on April 12, 2002. A final hearing on the use of cash collateral shall occur at 10:30 a.m. on April 12, 2002.

Bruce W. Black

6/11/99

84