# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

E O D APR 15 2002

**Honorable** Bruce W. Black

**Hearing Date** April 12, 2002

**Bankruptcy Case No.** 02 B 7378

**Adversary No.**

**Title of Case** Edgewater Medical Center

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

In addition to the changes on the face of the Final Order entered today, I am making two additional changes to the "Interim Stipulation and Order" entered March 6, 2002. Those changes are: (1) on page 8, line 15, striking "506 (c)," and (2) on page 14 striking the first full sentence on the page which begins "No administrative" and ends "by Dexia or otherwise."

My entry of this minute order and the Final Order are subject to counsel for Dexia conferring with his client regarding whether to proceed in light of my decision regarding waiver of section 506 (c) rights.

*Bruce W. Black*

6/11/99

91