EOD AUG 0 1 2002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDGEWATER MEDICAL CENTER, | ) | CASE NO. 02-07378 |
| | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor. | ) | Hearing Date: July 31, 2002 |
| | ) | 11:30 a.m. |

### ORDER

This matter coming to be heard by the Motion of the Debtor for final approval of the Interim Stipulation and Order Authorizing and Restricting Use of Cash Collateral and Granting Adequate Protection (the "Cash Collateral Order") and the Objection of the Official Unsecured Creditors Committee to Debtor's Continued Use of Cash Collateral, and due and proper notice of the Motion and Objection having been provided to all persons entilted thereto,

IT IS HEREBY ORDERED THAT:

1. The Interim Stipulation and Order Authorizing and Restricting Use of Cash Collateral shall be continued through September 10, 2002.

2. The termination date of the Debtor's right to use cash collateral pursuant to the Interim Stipulation and Order Authorizing and Restricting Use of Cash Callateral is hereby extended until September 10, 2002.

2. The Final Hearing is continued to September 10, 2002 at 11:00 AM

Entered:    July 31, 2002

_____
The Honorable Bruce W. Black