UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Chapter 11 |
| Edgewater Medical Center, ) | Case No: 02 B 07378 |
| ) | Honorable Bruce W. Black |
| Debtor/Debtor-in-Possession. ) | |
| ) | |

**Findings of Fact and Conclusions of Law in Support of
Order Awarding to Crane, Heyman, Simon, Welch & Clar, Attorneys for Debtor,
for Allowance and Payment of Interim Compensation and Reimbursement of Expenses.**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $34,179.50 | Total Costs Requested: | $ 746.81 |
| Fees Disallowed: | $   554.00 | Costs Disallowed: | $     0.00 |
| Total Fees Allowed: | $33,625.50 | Total Costs Allowed: | $ 746.81 |

Total Fees and Costs Allowed:    $ 34,372.31

THE COURT HAS IDENTIFIED THE NOTED TIME ENTRIES THAT HAVE BEEN
DISALLOWED IN WHOLE OR IN PART

**(1)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. *See In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Received $5000 check & forward to Jamieson            $198.00


**(2)    Unreasonable Time**

The Court denies the allowance in part of compensation for the following task because the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project...An attorney

1

should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate." *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987):

Overcharge for court appearance on routine matters
   (.5 allowed)                                           $ 356.00

      **Crane, Heyman, Simon, Welch & Clar** is hereby awarded an allowance of interim compensation and expenses as set forth above.

Dated: April 16, 2014            Entered:

                                           Bruce W. Black
                                           United States Bankruptcy Court