UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 02-07378
Edgewater Medical Center, )
) Chapter: 11
)
) Honorable LaShonda Hunt
)
)
Debtor(s) )

**ORDER: (I) REOPENING CHAPTER 11 CASE; (II) APPROVING FORM AND MANNER OF NOTICE OF BANK ACCOUNT AND BANK ACCOUNT MONIES; AND (III) FIXING THE DEADLINE FOR ASSERTING RIGHTS TO THE BANK ACCOUNT AND BANK ACCOUNT MONIES**

Upon the Motion (the "Motion") filed by debtor Edgewater Medical Center ("EMC"), with due notice being provided and hearing no objection,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein and this chapter 11 case is reopened.

2. Capitalized terms not otherwise defined shall have the same meaning as defined in the Motion.

3. All parties asserting rights to the Bank Account and/or Bank Account Monies shall file a Statement with the Court and serve on counsel for EMC on or before February 28, 2022 (the "Statement Deadline").

4. The Statement must: (a) set forth the legal and factual basis for any rights to the Bank Account and Bank Account Monies; (b) include supporting documentation (or, if such documentation is voluminous, include a summary of such documentation) or an explanation as to why such documentation is not available; and (c) be signed by the claimant or by an authorized agent of the claimant.

5. If a party fails to file a Statement by the Statement Deadline, that party shall be forever barred from asserting any right to the Bank Account and Bank Account Monies.

6. A copy of the Bank Account Notice, substantially in the form attached to the Motion as Exhibit C, is approved and shall be served by EMC via first-class mail by no later than December 27, 2021, on all known potential claimants and their counsel (if known) that may potentially hold rights to the Bank Account and Bank Account Monies.

7. EMC shall not be required to file quarterly reports with or pay quarterly fees to the U.S. Trustee.

8. EMC shall file a status report with the court by March 15, 2022, identifying statements received by the Statement Deadline and any issues, if any, to be resolved by the court.

9. This matter is continued for further status hearing on March 31, 2022, at 11:00AM.

10. Upon resolution of the issues set forth in the Motion, the case may be re-closed without the need for further notice to parties in interest.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: December 09, 2021

**Prepared by:**

By: /s/ Gabriel Aizenberg
Scott Mendeloff
Gabriel Aizenberg
GREENBERG TRAURIG, LLP
77 W. Wacker, Suite 3100
Chicago, IL 60601
Tel.: (312) 456-8400
Fax: (312) 456-8435
mendeloffs@gtlaw.com
aizenbergg@gtlaw.com

Special Counsel to Debtor

Eugene Crane, Esq.
(Atty No. 0537039)
Arthur G. Simon, Esq.
(Atty No. 03124481)
CRANE, SIMON, CLAR & GOODMAN
135 South LaSalle Street
Chicago, Illinois 60603
(312) 641-6777


Attorneys for Debtor