IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 02-07378 |
| Edgewater Medical Center, | ) Chapter 11 |
| | ) Judge LaShonda A. Hunt |
| Debtor. | ) |

## AGREED ORDER

THIS MATTER COMING ON TO BE HEARD on the Motion of the Debtor, Edgewater Medical Center ("Debtor"), for Entry of an Agreed Order ("Motion"), notice having been given being deemed sufficient for good cause shown, the parties being in agreement, no objections having been filed, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is hereby granted as follows:

A) The Bank Account Monies, as that term is defined in the Motion, in the approximate amount of $142,832.81, after payment to Dr. Sudhakar K. Sheth for reimbursement of his costs in the amount of $1,950.00, payment of attorneys' fees accrued by Greenberg Traurig, LLP, Debtor's special counsel, in the amount of $15,000.00 for services provided with respect to this matter, payment of attorneys' fees in the amount of $1,500.00 accrued by Devon Bank for services provided in this matter, and payment of accrued bank service fees of $12.87 per month estimated at approximately $100.00, will be used for donations to non-for-profit organizations situated in the Chicagoland area as follows: Chicago Volunteer Legal Services: $15,000.00; and the remaining balance of approximately $109,282.81, in the approximate amounts of $13,849.09* or $13,099.09** each, as indicated, to the following organizations:

1

Ann & Robert H. Lurie Children's Hospital of Chicago\*
Swedish Hospital Foundation\*
Howard Brown Health Center\*
Greater Chicago Food Depository\*
Meals on Wheels Chicago\*
Ronald McDonald House Charities/Chicagoland and Northwest Indiana\*
Lincoln Park Zoo\*\*
Shedd Aquarium\*\*

B) Upon entry of this Agreed Order Dr. Sheth shall direct Devon Bank to issue checks drawn on the Bank Account, as that term is defined in the Motion, and to deliver those checks to him payable to the entities as provided and described herein, to be delivered by Dr. Sheth, upon receipt, to those entities as provided herein.

By the Court:

*LaShonda A. Hunt*
Bankruptcy Judge

Dated: 04/21/2022

Prepared by:
Arthur G. Simon, Esq.
Crane, Simon, Clar & Goodman
General Counsel for Debtor
135 S. LaSalle St., Suite #3950
Chicago, Illinois  60603
(312) 641-6777
asimon@cranesimon.com
W:\AGS\Edgewater\Enter Agreed Ord.ORD.doc

**AGREED:**

EDGEWATER MEDICAL CENTER          EDGEWATER HOSPITAL MEDICAL STAFF
                                  WELFARE FUND

By: */s/ Arthur G. Simon*          By: Dr Sudhakar K. Sheth,
GENERAL COUNSEL FOR THE DEBTOR

                                  *Sudhakar Sheth*
                                  Its designated representative

2